No. 76–1204. WALLS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–1216. HERNANDEZ v. DYE ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 76–1230. HAYNES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–1235. MITCHOM v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–5770. LEMUS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–5773. SCHNEEKLOTH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5793. LELAND v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5801. WILLIAMS ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5862. RICE v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 76–5888. OLIVER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–5890. MONTGOMERY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5911. WEST v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 76–5915. MILLER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–5979. LIND v. UNITED STATES. C. A. 2d Cir. Certiorari denied.